IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

CASSANDRA ELDER,                                 Civil File No. 11-CV-00176-REL

       Plaintiff,

vs.                                                    **STIPULATION OF DISMISSAL**
                                                              **WITH PREJUDICE**

PORTFOLIO RECOVERY ASSOCIATES, LLC,

       Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Cassandra Elder, and the defendant, Portfolio Recovery Associates, LLC. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                            Respectfully submitted,

Dated: June 2, 2011                        By    /s/J. Mark Meinhardt
                                                            J. Mark Meinhardt, #53501
                                                            4707 College Boulevard, Suite 100
                                                            Leawood, KS 66211
                                                            (913) 451-9797 Telephone
                                                            (913) 451-6163 Facsimile
                                                            meinhardtlaw@sbcglobal.net
                                                            **ATTORNEY FOR PLAINTIFF**

Dated: June 2, 2011                        By   /s/ Rachel B. Ommerman
                                                             Rachel B. Ommerman, #56493
                                                            Daniel S. Rabin, #37315
                                                            P.O. Box 480707
                                                            Kansas City, MO 64148
                                                            (913) 649-1555
                                                            (913) 652-9474
                                                            romerman@bermanrabin.com
                                                            ATTORNEY FOR DEFENDANT